IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY DYSART, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 05-4075-JPG |
| | ) |
| JEFFREY WHITBECK, Individually and | ) |
| in his official capacity as Administrator | ) |
| of the Jackson County, Illinois Jail; JOHN | ) |
| DOE ONE, being a deputy employed at the | ) |
| Jackson County, Illinois Jail; JOHN DOE | ) |
| TWO, being a deputy employed at the | ) |
| Jackson County, Illinois Jail; JOHN DOE | ) |
| THREE, being a deputy employed at the | ) |
| Jackson County, Illinois Jail, | ) |
| | ) |
|     Defendants. | ) |

## **JUDGMENT IN A CIVIL CASE**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:  August 29, 2006**

**NORBERT JAWORSKI, CLERK**

**By:s/Deborah Agans**
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
          **U. S. DISTRICT JUDGE**